1 Jon N. Robbins WSBA#28991
2 WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
3 Loon Lake,WA 99148
4 509-232-1882
866-565-1327 facsimile
5 jrobbins@AttorneysForConsumers.com
6 Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| **JASON PICKERING**, | ) Case No. 2:12-cv-00582-LRS |
| | ) |
| Plaintiff, | ) **ORDER TO DISMISS WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **CITIBANK, NATIONAL ASSOCIATION,** | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties Motion for Dismissal with Prejudice is hereby GRANTED, (ECF No. 16). The District Court Executive is directed to close the file.

DATED this 18th day of February, 2014.

                                                           s/Lonny R. Suko
                                       _____
                                               Honorable Lonny Suko
                                               Sr. U. S. District Judge

ORDER TO DISMISSAL - 1                                   WEISBERG & MEYERS, LLC
                                                                                              3877 N. Deer Lake Rd.
                                                                                              Loon Lake, WA 99148
                                                                                               509-232-1882
                                                                                              866-565-1327 facsimile
                                                                                              jrobbins@AttorneysForConsumers.com